UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CLARENCE GOURDINE,
                          Plaintiff,

      vs                                          9:03-CV-1048

C. LaCROIX; R. DOLING, Commissioner Hearing
Officer; and DONALD SELSKY, Director of Special
Housing,
                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

CLARENCE GOURDINE
86-A-1724
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

HON. ELIOT SPITZER                      GERALD J. ROCK, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Clarence Gourdine, brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 16, 2006, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the motion for summary judgment be granted and the entire complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in its entirety.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The motion for summary judgment is GRANTED;

2. The complaint is DISMISSED; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  October 12, 2006
        Utica, New York.